UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Weaver Cooke Construction, LLC, <br>     Appellant, <br><br> v. <br><br> Waterproofing Specialties, Inc., <br><br>     Appellee. | **JUDGMENT** <br><br> No. 5:14-CV-731-BR |

**Decision by Court.**

This action came before Senior US District Judge W. Earl Britt for consideration regarding the appeal from the US Bankruptcy Court, Eastern District of North Carolina.

**IT IS ORDERED, ADJUDGED AND DECREED** that the 26 September 2014 order of the bankruptcy court is AFFIRMED IN PART, REVERSED IN PART, and REMANDED for further proceedings.

**This judgment filed and entered on August 26, 2016, and served on:**

Joseph P. Gram  (via CM/ECF Notice of Electronic Filing)
Kelli E Goss  (via CM/ECF Notice of Electronic Filing)
Luke J. Farley  (via CM/ECF Notice of Electronic Filing)
C. Hamilton Jarrett, III  (via CM/ECF Notice of Electronic Filing)
Ron D. Medlin (via CM/ECF Notice of Electronic Filing)

August 26, 2016

JULIE RICHARDS JOHNSTON, CLERK

By: Deputy Clerk